NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1407, -1408

### IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

---

RONALD A. KATZ TECHNOLOGY LICENSING LP,

Plaintiff-Appellant,

v.

GENERAL MOTORS CORPORATION,

Defendant-Appellee.

Appeal from the United States District Court for the Central District of California in case nos. 2:07-ML-1816 and 07-CV-2339, Judge R. Gary Klausner.

ON MOTION

ORDER

General Motors Corporation notifies the court that the automatic stay provisions of 11 U.S.C. § 362 are applicable.

Upon consideration thereof,

IT IS ORDERED THAT:

This appeal is stayed. General Motors is directed to file a status report every 60 days and to inform the court within 21 days after the bankruptcy proceedings are completed or the stay has been lifted.

FOR THE COURT

JUL 0 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Jonathan G. Graves, Esq.
       Matthew J. Moore, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 8 2009

JAN HORBALY
CLERK